**DISMISS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01394-CV

### LE-VEL BRANDS, LLC, Appellant
### V.
### LACORE ENTERPRISES, LLC, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05753-2018**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that it no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

181394F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LE-VEL BRANDS, LLC, Appellant

No. 05-18-01394-CV      V.

LACORE ENTERPRISES, LLC, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-05753-2018.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LACORE ENTERPRISES, LLC recover its costs of this appeal from appellant LE-VEL BRANDS, LLC.

Judgment entered December 20, 2018